AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>SCOTT JAMES WOOLLEY<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 19-8204 |

FILED BY _____ D.C.

MAY 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2016 to December 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 1344 | Bank Fraud |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

STEVEN CHANDLER II , S/A USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/17/2019__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge WILLIAM MATTHEWMAN
*Printed name and title*

## AFFIDAVIT

Your affiant, Steven G. Chandler II, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the United States Secret Service ("USSS"), and I have been so employed since August, 2015. I am presently assigned to the West Palm Beach Resident Office and have received extensive training in the investigation of counterfeit currency, identity theft, check fraud, wire fraud, bank fraud, and access device fraud among other things. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code Section 3056.

2. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel, and other individuals who have personal knowledge of the facts. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint charging Scott James Woolley, "**WOOLLEY**" with bank fraud under the authority of the United States, in violation of Title 18, United States Code, Section 1344. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

3. J.P.D. is the majority shareholder of Aubio Life, LLC. Aubio Life, LLC is a skin care product company created in or around January 2014.

4. In or around January 2014, J.P.D. hired WOOLLEY as the distributor for Aubio

1

Life, LLC. In or around January 2016, WOOLLEY was appointed as the new CEO following termination of the former CEO. Upon his appointment to CEO, WOOLLEY's duties and compensation as a distributor were to cease. WOOLLEY and J.P.D. also renegotiated Woolley's salary to $13,000 a month for his new duties as CEO.

5. In or around September 2017, J.P.D. contacted WOOLLEY to inquire why the company was not making a profit. At this time, WOOLLEY admitted to J.P.D. that he took approximately $500,000 from Aubio Life, LLC without anyone knowing for the purpose of making a down payment on a house located at 16260 Bridlewood Cir., Delray Beach, FL 33445. WOOLLEY told J.P.D. that he intended to repay the funds before anyone was aware he took them. When requested to return the funds, WOOLLEY stated he did not currently have the means to do so. A company audit was then completed to identify any additional funds that were missing.

6. The audit revealed WOOLLEY had created a separate LLC in the State of Florida, called Aubio Life Retail Systems, LLC. Between February 2016 and April 2016, WOOLLEY also opened a separate Bank of America business account associated with this company. Additionally, the company audit discovered that WOOLLEY was wiring and transferring funds into this Bank of America business account as well as other accounts controlled by WOOLLEY. These accounts were associated with WOOLLEY'S other businesses, the SW Group and his wife, Tiffany Woolley's accounts. Aubio Life, LLC and J.P.D. were not aware of these bank accounts or the transferring of funds between them. At the time of this discovery, WOOLLEY was immediately terminated from the company.

7. A subpoena for bank records was completed by Det. Kimberly Mead of the Delray Beach Police Department and issued to Bank of America which is insured by the FDIC. Det. Mead

and your Affiant reviewed these records and confirmed from approximately April 2016 to September of 2017, WOOLLEY embezzled approximately $577,049.45 from Aubio Life, LLC's Bank of America business account (account # 6006) and transferred it to WOOLLEY's Aubio Life Retail Systems, LLC Bank of America business account (account #6239). From approximately January 2016 to December 2017, WOOLLEY embezzled approximately $346,116.40 from Aubio Life, LLC's Bank of America business account (account #6006) and transferred it to WOOLLEY's SW Group, LLC Bank of America business account (account #9226) as well as other personal accounts of WOOLLEY.

8. Your affiant interviewed J.P.D. who stated that he never authorized WOOLLEY to create business bank accounts related to Aubio Life, LLC or to transfer funds from Aubio Life, LLC into WOOLLEY's personal or business accounts. J.P.D also stated that he was unaware of the fact that WOOLLEY continued to operate as a distributor of Aubio Life, LLC after he was appointed as CEO of Aubio Life, LLC. J.P.D. stated that he did not authorize WOOLLEY to continue to accept payments as a distributor for Aubio Life, LLC. J.P.D. stated that he did not authorize WOOLLEY to transfer funds from these payments to WOOLLEY's personal and business accounts.

9. WOOLLEY also made material false and fraudulent representations to Bright Capital, LLC in the purchase of the house located at 16260 Bridlewood Cir., Delray Beach, FL 33445 by falsely reporting his salary and by concealing the fact that the funds used to make the down payment were embezzled from the Aubio Life, LLC Bank of America business account (account # 6006).

10. Based upon the information provided in this affidavit, your affiant submits that

3

there is probable cause to believe that beginning as early as April 2016 through approximately December of 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, Scott James WOOLLEY did knowingly carry out a scheme to get money, assets, or other property from a financial institution, Bank of America, by using false and fraudulent pretenses, representations, or promises about a material fact. The false or fraudulent pretenses, representations, or promises were material; the defendant intended to defraud someone; and the financial institution was federally insured, in violation of Title 18, United States Code, Section 1344.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
STEVEN CHANDLER II
SPECIAL AGENT
U.S. SECRET SERVICE

SWORN TO AND SUBSCRIBED BEFORE
ME THIS _17_ TH DAY OF May,
2019, AT WEST PALM BEACH, FLORIDA.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Case No: 19-8204-WM

**Defendant's Name: SCOTT JAMES WOOLEY**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Bank Fraud | 18:1344 | 30 years<br>SR: 3 years<br>$1,000,000 fine<br>$100 special assessment |